## JOHN BATISTE BERTHELOT, SURVIVING PARTNER OF THE LATE COMPANY OF JACQUES GIASSON AND JOHN BATISTE BERTHELOT TRADING AT MICHILIMACKINAC UNDER THE FIRM OF GIASSON & BERTHELOT,
### *versus* PATRICK McGULPIN

JOURNAL ENTRIES (1817): *Journal 2:* (1) Rule to bring body *p. 529; (2) cognovit, judgment *p. 544.
PAPERS IN FILE: (1) Precipe for capias; (2) capias and return; (3) bail bond; (4) declaration; (5) promissory note.
*Office Docket,* MS p. 43½, c. 3.

## RUFUS SETH REED AND DeGARMO JONES
### *versus* GEORGE W. SELBY

JOURNAL ENTRIES (1817): *Journal 2:* (1) Discontinued *p. 530.
PAPERS IN FILE: (1) Precipe for capias.
*Office Docket,* MS p. 48, c. 2.